## Charles B. Ensign, trading as C. B. Ensign & Company, Appellant, v. William J. Leahy, Jr., Appellee.

### Gen. No. 23,291.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. WILLIAM N. GEMMILL, Judge, presiding. · Heard in the Branch Appellate Court at the March term, 1917.  Reversed and judgment here. Opinion filed April 16, 1918.

### Statement of the Case.

Action by Charles B. Ensign, trading as C. B. Ensign & Company, plaintiff, against William J. Leahy, Jr., defendant, to recover a balance due on a certain promissory note.  From a judgment for defendant, plaintiff appeals.

OLIVER M. OLSON, for appellant.

No appearance for appellee.

MR. JUSTICE McDONALD delivered the opinion of the court.

### Abstract of the Decision.

BILLS AND NOTES, § 440*—*when judgment for defendant not warranted by evidence.*  In an action to recover the balance due on a note, which was a part of an outline of studies, which were never given, and was detached and sold to plaintiff for value before maturity, where the evidence was undisputed that plaintiff was an innocent purchaser for value and defendant made payments on the note in its detached form at plaintiff's office, where he admitted he saw the note, evidence *held* insufficient to warrant a judgment for defendant.

*See Illinois Notes Digest, Vols. **XI** to **XV,** and **Cumulative Quarterly,** same topic and section number.